**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  MICHAEL D. OSBORNE & KARIE I. OSBORNE                     Case Number: 06-71161
3120 19TH ST                           SSN-xxx-xx-3013 & xxx-xx-6533
ROCKFORD, IL  61109

Case filed on:         7/5/2006
Plan Confirmed on:   10/13/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $24,209.60           Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTY BERNARD NATALE | 3,952.93 | 3,952.93 | 3,952.93 | 0.00 |
|  | Total Legal | 3,952.93 | 3,952.93 | 3,952.93 | 0.00 |
| 999 | MICHAEL D. OSBORNE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | HOMECOMINGS FINANCIAL NETWORK | 8,757.89 | 171.32 | 171.32 | 0.00 |
| 003 | NUVELL CREDIT COMPANY LLC | 25,756.88 | 25,756.88 | 13,761.47 | 4,670.19 |
| 016 | HOMECOMINGS FINANCIAL NETWORK | 8,757.89 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 43,272.66 | 25,928.20 | 13,932.79 | 4,670.19 |
| 001 | CAPITAL ONE AUTO FINANCE | 7,498.93 | 0.00 | 0.00 | 0.00 |
| 003 | NUVELL CREDIT COMPANY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ATTORNEY JOSEPH L POLITO | 600.00 | 12.00 | 12.00 | 0.00 |
| 005 | CASH BOX | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | LACHAPPELLE CREDIT SERVICE INC | 264.00 | 5.28 | 5.28 | 0.00 |
| 008 | MUTUAL MANAGEMENT SERVICES | 1,861.94 | 37.24 | 37.24 | 0.00 |
| 009 | NICOR GAS | 1,025.05 | 20.50 | 20.50 | 0.00 |
| 010 | OMNIUM WORLDWIDE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | PREMIER BANKCARD/CHARTER | 178.35 | 3.57 | 3.57 | 0.00 |
| 012 | ATTORNEY TERRY HOSS & | 899.98 | 18.00 | 18.00 | 0.00 |
| 013 | ASSET ACCEPTANCE CORP | 218.56 | 4.37 | 4.37 | 0.00 |
| 014 | PREMIER BANKCARD/CHARTER | 600.18 | 12.00 | 12.00 | 0.00 |
| 015 | NORDIC ENERGY SERVICES LLC | 445.29 | 8.91 | 8.91 | 0.00 |
|  | Total Unsecured | 13,592.28 | 121.87 | 121.87 | 0.00 |
|  | Grand Total: | 60,817.87 | 30,003.00 | 18,007.59 | 4,670.19 |

Total Paid Claimant:     $22,677.78
Trustee Allowance:       $1,531.82          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    100.00           discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 12/30/2008           By  /s/Heather M. Fagan